

**Jermaine D. HALL**

v.

**STATE**

CR-13-1951

Court of Criminal Appeals of Alabama.

01/28/2015

Dismissed

**S.R.A.**

v.

**STATE**

CR-13-1960

Court of Criminal Appeals of Alabama.

03/06/2015

Reversed and remanded

**Rafeal E. MASON**

v.

**STATE**

CR-13-1955

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Stanley Lee WILLIAMS**

v.

**STATE**

CR-14-0004

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**EX PARTE Christopher GAY**

CR-13-1957

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. dismissed

